Newrez, LLC v City of Middletown (2023 NY Slip Op 02320)

Newrez, LLC v City of Middletown

2023 NY Slip Op 02320

Decided on May 3, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
JOSEPH J. MALTESE
JOSEPH A. ZAYAS
DEBORAH A. DOWLING, JJ.

2020-01833
 (Index No. 51/20)

[*1]Newrez, LLC, etc., appellant,
v
City of Middletown, respondent, et al., defendants.

Akerman, LLP, New York, NY (Eric M. Levine and Jordan M. Smith of counsel), for appellant.

DECISION & ORDER
In an action pursuant to RPAPL article 15 to determine adverse claims to real property, the plaintiff appeals from an order of the Supreme Court, Orange County (Steven I. Milligram, J.), dated February 10, 2020. The order denied the plaintiff's motion to preliminarily enjoin the defendant City of Middletown from transferring title to a parcel of real property located at 35 Maple Drive in Middletown, and compelling that defendant to provide a redemption figure for an unpaid tax lien on that property.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
This appeal from an order dated February 10, 2020, which denied the plaintiff's motion to preliminarily enjoin the defendant City of Middletown from transferring title to a parcel of real property located at 35 Maple Drive in Middletown, and compelling the City to provide a redemption figure for an unpaid tax lien on that property, has been rendered academic by the City's transfer of title to that property to the defendant Frinlet Derilus on May 13, 2020 (see Matter of Hearst Corp. v Clyne , 50 NY2d 707, 714).
BARROS, J.P., MALTESE, ZAYAS and DOWLING, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court